# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANA PATRICIA ORTIZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BATH & BODY WORKS, LLC, a limited liability company, and DOES 1 through 50 inclusive,<br><br>Defendant. | Case No.: 2:25-cv-00984-BFM<br>Judge: Hon. Brianna Fuller Mircheff<br><br>**STIPULATED PROTECTIVE ORDER**<br><br>Complaint filed: 12/31/2024<br>Trial Date:      06/08/2026 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: __JUNE 10__, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

GOLDBERG SEGALLA LLP
P.O. Box 17220
Los Angeles, CA 90017
213-415-7200

-1-
STIPULATED PROTECTIVE ORDER